

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00502-CV

**IN THE INTEREST OF S.S.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM507216
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: October 16, 2019

DISMISSED FOR WANT OF PROSECUTION

This appeal arises from a suit affecting the parent-child relationship. In her notice of appeal, appellant states her desire to appeal the trial court's custody order.

On September 17, 2019, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. By order dated September 20, 2019, appellant was ordered to provide written proof to this court no later than September 30, 2019, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order stated that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

Appellant did not respond to this court's order.  Accordingly, this appeal is dismissed for want of prosecution.  *See id*.

PER CURIAM